Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@moorelawfirm.com

Attorney for Plaintiff
Jose Acosta

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA, | No. 1:19-cv-00699-LJO-BAM |
| Plaintiff, | **STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER** |
| vs. | |
| QUALLS HAY COMPANY dba THE HAY COMPANY, et al., | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Jose Acosta ("Plaintiff"), and Defendants, Qualls Hay Company and Angie T. Qualls, as Successor Trustee of the Amendment and Restatement of Troy and Angie Qualls Family Trust, Bypass Trust, and as Successor Trustee of the Amendment and Restatement of Troy and Angie Qualls Family Trust, Survivors Trust (collectively "Defendants," and together with Plaintiff, the "Parties"), the parties hereto, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A." This amendment will not modify any date or deadline fixed by the Court's Scheduling Conference Order dated August 19, 2019 (Dkt. 12) pursuant to Fed. R. Civ. P. 16(b)(4), and is not prejudicial to Defendants, the product of undue delay, proposed in bad faith, or futile.

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER

**IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO STIPULATED**.

Dated: November 5, 2019 MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorneys for Plaintiff,
Jose Acosta

Dated: November 5, 2019 MICHAEL WELCH + ASSOCIATES

*/s/ Michael D. Welch*
Michael D. Welch
Attorneys for Defendants
Qualls Hay Company and Angie T. Qualls, as Successor Trustee of the Amendment and Restatement of Troy and Angie Qualls Family Trust, Bypass Trust, and as Successor Trustee of the Amendment and Restatement of Troy and Angie Qualls Family Trust, Survivors Trust

**ORDER**

Pursuant to the parties' stipulation, Plaintiff may file his First Amended Complaint, a copy of which is attached to the parties' stipulation (Doc. 13), within five calendar days of this Order. Defendants' response to the First Amended Complaint shall be filed within fourteen (14) days of the filing of the First Amended Complaint.

IT IS SO ORDERED.

Dated: **November 7, 2019**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE